**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BAHAMAS SALES ASSOCIATE, LLC

        Plaintiff,

vs.                                            Case No. 3:08-cv-1012-J-32JRK

DONALD CAMERON BYERS,

        Defendant.
_____

DONALD CAMERON BYERS,

        Counterclaim Plaintiff,

vs.

BAHAMAS SALES ASSOCIATE, LLC, et al.,

        Counterclaim Defendants.
_____

BAHAMAS SALES ASSOCIATE, LLC

        Plaintiff,

vs.                                            Case No. 3:08-cv-1062-J-32JRK

DARRYL WILLIS,

        Defendant.
_____

DARRYL WILLIS,

        Counterclaim Plaintiff,

vs.

BAHAMAS SALES ASSOCIATE, LLC, et al.,

        Counterclaim Defendants.
_____

EDWARD R. WEBB, et al.,

    Plaintiffs,

v.                                                        Case No. 3:09-cv-516-J-32JRK

GINN FINANCIAL SERVICES, et al.,

    Defendants.

---

MARK F. BAILEY, et al.,

    Plaintiffs,

vs.                                                   Case No. 3:10-cv-422-J-32JRK

ERG ENTERPRISES, LP, et al.,

    Defendants.

---

TODD TALIAFERRO, et al.,

    Plaintiffs,

vs.                                                   Case No. 3:11-cv-199-J-32JBT

ERG ENTERPRISES, LP, et al.,

    Defendants.

---

R. VICTOR TAGLIA, et al.,

    Plaintiffs,

vs.                                                   Case No. 3:12-cv-731-J-32JBT

ERG ENTERPRISES, LP, et al.,

    Defendants.

---

**ORDER**

This cause is before the Court on a number of issues. On March 19, 2013, Counterclaim Plaintiffs in Case Nos. 3:08-cv-1012-J-32MCR (Doc. 143), and 3:08-cv-1062-J-32MCR (Doc. 132), as well as Plaintiffs in Case Nos. 3:09-cv-516-J-32JRK (Doc. 122), 3:10-cv-422-J-32JRK (Doc. 69), 3:11-cv-199-J-32JBT (Doc. 19), and 3:12-cv-731-J-32JBT (Doc. 26), filed an Agreed Motion for Joint Status Conference (Joint Motion).[1] In the Joint Motion, Plaintiffs requested a joint status conference to discuss the propriety of consolidation and the filing of a master complaint, and to set new case management deadlines. See Joint Motion at 4. The Court granted the Joint Motion, and set the matter for a status conference. See Order (Doc. 144), entered April 29, 2013. Prior to the status conference, the parties filed an Amended Joint Report Addressing Status Conference Issues (Doc. 146; Joint Report) in which they set forth their respective positions on the matters set for discussion at the hearing. On June 18, 2013, the Court held a Status Conference on these related cases, the record of which is incorporated herein by reference. See Minute Entry (Doc. 149), filed June 18, 2013.

For the reasons discussed at the Status Conference, the Court will grant Plaintiffs' request to consolidate these six related cases for purposes of discovery and pretrial matters. The Court will consider at a later time whether these six cases should remain consolidated for purposes of dispositive motion practice and trials. In addition, the Court will allow

---

[1] For purposes of clarity, the Court will refer to Counterclaim Plaintiffs in the Byers and Willis cases, and Plaintiffs in the remaining cases, collectively as Plaintiffs. Likewise, the Court will refer to Counterclaim Defendants in the Byers and Willis cases, and Defendants in the remaining cases, collectively as Defendants. In addition, the Court will cite to docket entries using only the document number in the lowest numbered case, case no. 3:08-cv-1012-J-32JRK.

Plaintiffs to file a single, amended complaint encompassing all six cases (the Master Complaint) as requested. Plaintiffs are strongly encouraged to use this opportunity to simplify and streamline the extensive allegations set forth in the six complaints currently before the Court. Finally, the parties may proceed with discovery in the Consolidated Cases, however, until further order, discovery will be limited to document discovery only. The parties should make every effort to agree on a reasonable and efficient way to proceed with this limited discovery. However, if they cannot agree, any party may file a motion and the Magistrate Judge will determine the appropriate scope of the limited discovery. In light of the foregoing, it is

**ORDERED**:

1. Pursuant to Rule 42, Federal Rules of Civil Procedure, the following cases are **CONSOLIDATED** for purposes of discovery and other pretrial matters:

    a. Bahamas Sales Assoc., LLC v. Byers, 3:08-cv-1012-J-32JRK

    b. Bahamas Sales Assoc., LLC v. Willis, 3:08-cv-1062-J-32JRK

    c. Webb v. Ginn Fin. Servs., 3:09-cv-516-J-32JRK

    d. Bailey v. ERG Enters., LP, 3:10-cv-422-J-32JRK

    e. Taliaferro v. ERG Enters., LP, 3:11-cv-199-J-32JBT

    f. Taglia v. ERG Enters., LP, 3:12-cv-731-J-32JBT

2. All future filings shall be filed in the lower numbered case ONLY (Case No. 3:08-cv-1012-J-32JRK).

3. Plaintiffs shall have up to and including **August 30, 2013**, to file the Master Complaint. Defendants shall have until **September 30, 2013**, to file a

>     response to the Master Complaint.  If any Defendant files a motion to dismiss, Plaintiffs must file their response by **October 30, 2013**.

4.   Discovery in the Consolidated Cases may proceed; however, discovery is limited to document discovery until further order of the Court.  The Clerk of the Court is directed to reactivate and refer to the Magistrate Judge the following discovery motions: Ginn's Motion for Protective Order and Incorporated Brief in Support (Doc. 87) in case number 3:08-cv-1062-J-32JRK, and Plaintiffs' Amended Motion to Compel Production (Doc. 102) in case number 3:09-cv-516-J-32JRK.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of July, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

meh.
Copies:

Hon. James R. Klindt

Counsel of Record

5